UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IZAIH DANIEL,<br><br>　　　　Defendant. | CASE NO. 2:07-CR-125<br><br>JUDGE SARGUS |

**ORDER**

　　This matter is before the Court on the Government's Motion to Dismiss the Indictment. (ECF No. 4.)  The Government represents that the defendant was never arrested and brought before this Court on the charges contained in the Indictment. Further, the length of time that has passed, the evidence in this particular case is stale.

　　The Motion to Dismiss the Indictment is **GRANTED**.  The Indictment is **DISMISSED without prejudice** and the warrant issued by this Court is **set aside**.


6/25/2024　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
DATE　　　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1